## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

## NOT  DESIGNATED  FOR  PUBLICATION

Blaine James Barrilleaux
Attorney at Law
330 Settlers Trace Blvd, Ste B
Lafayette LA 70508

Allison M. Weaver
Law Off of Blaine J. Barrileau
300 Settlers Trace Blvd, Ste B
Lafayette LA 70508

> Judgment on rehearing rendered and mailed to all parties or counsel of record on July 8, 2020

**REHEARING ACTION: July 8, 2020**

**Docket Number: 19   00541-CA**

**MICHAEL WILLIAMS**
**VERSUS**
**GEICO CASUALTY COMPANY, ET AL.**

**Appealed from Lafayette Parish Case No. C-20166315**

**BEFORE JUDGES:**

   **Hon. Elizabeth A. Pickett**
   **Hon. Phyllis M. Keaty**
   **Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Michael Williams** has this day been

   **DENIED.**

cc: John W Martinez, Counsel for the Appellee
    Kathleen Crowe Marksbury, Counsel for the Appellee
    Stephen Robert Barry, Counsel for the Appellee
    W. Briggs Scott, Counsel for the Appellee
    Andrew Holleman Meyers, Counsel for the Appellee